## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSEPH FLORES,

      Applicant,

v.                            No.  CV 11-305 WJ/CG

JAMES WEEDEN, et al.,

      Respondents.

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the United States Magistrate Judge's *Proposed Findings and Recommended Disposition*, filed July 6, 2011. (Doc. 8). No party has filed objections to the proposed findings and the deadline for doing so has passed. The Court will adopt the Magistrate Judge's proposed findings, deny Mr. Flores' *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody*, (Doc. 1), and dismiss the case with prejudice.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Proposed Findings and Recommended Disposition*, (Doc. 8), is adopted by the Court. Mr. Flores' *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody*, (Doc. 1), shall be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability be **DENIED**.

_____
THE HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE